23-1242UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **SARINA N.,**<br><br>                    Plaintiff,<br><br>           vs.<br><br>**COMMISSIONER OF SOCIAL SECURITY,**<br><br>                    Defendant. | **2:23-CV-12426-TGB-DRG**<br><br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION (ECF NO. 15)** |

This matter is before the Court on Magistrate Judge David R. Grand's July 25, 2024 Report and Recommendation (ECF No. 15), recommending that the Defendant's Motion for Summary Judgment (ECF No. 12) be granted, the Plaintiff's Motion (ECF No. 10) be denied, and the findings of the Commissioner be affirmed.

The Court has reviewed the Magistrate Judge's Report and Recommendation and finds that it is well-reasoned and supported by the applicable law. The law provides that either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of a report and recommendation. 28 U.S.C. § 636(b)(1). The district court will make a "de novo determination of those portions of the report … to which objection is made." *Id*. Where, as here, neither party objects to the report, the district court is not obligated to independently review the record. *See Thomas v. Arn*, 474 U.S. 140, 149-52 (1985). The Court will,

therefore, accept Judge Grand's Report and Recommendation of July 25, 2024 as its findings of fact and conclusions of law.

Accordingly, it is hereby **ORDERED** that Judge Grand's Report and Recommendation of July 25, 2024 (ECF No. 15) is **ACCEPTED** and **ADOPTED**. It is **FURTHER ORDERED** that the case is **DISMISSED WITH PREJUDICE**.

**SO ORDERED** this 14th day of August, 2024.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge

2